PER CURIAM.

(No. 75-CC-951—

SEARS ROEBUCK & Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed June 2, 1975.*

SEARS ROEBUCK & Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM. 